IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| JEFFERY D. COX, | ) |
|---|---|
| Plaintiff, | ) ) ) |
| vs. | ) Civil No. 16-cv-1305-JGP-CJP ) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) ) |

## JUDGMENT

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for social security benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence **four** of **42 U.S.C. §405(g).**

Judgment is entered in favor of plaintiff **Jeffery D. Cox** and against defendant **Nancy A. Berryhill**, Acting Commissioner of Social Security.

DATED: 6/5/2017

> JUSTINE FLANAGAN,
> **Acting Clerk of Court**
>
> BY: *s/Tina Gray*
> **Deputy Clerk**

**Approved:**

*s/J. Phil Gilbert*
**J. Phil Gilbert**
**U.S. District Judge**